# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DONTE COUCH,** :

    :

    **Plaintiff**              **CIVIL ACTION NO. 3:14-2232**

    :

  **v**

    :    **(JUDGE MANNION)**

**BRENDA L. TRITT,** *et al.,*

    :

    **Defendants**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Defendant's motion for summary judgment, (Doc. 18) on the issue of exhaustion, is **DENIED**.

                                                  s/ *Malachy E. Mannion*
                                                  **MALACHY E. MANNION**
                                                  **United States District Judge**

**Dated:** January 22, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2232-01-order.wpd